AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Furman, Jesse M. | U.S. District Court, NY-S | 11/16/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 1/1/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (resigned July 2016) | Jesse Furman 2012 GST Trust |
| 2. | Trustee (resigned July 2016) | Jason Furman 2012 GST Trust |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 11/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | �altei - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 11/16/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar Bank | Mortgage on Rental Property, Providence, RI (Pt. VII, line 26) | M |
| 2. | American Express | Credit Card | J |
| 3. | ▓▓▓▓ School | Tuition Agreements | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  MF Est LLC | G | Dividend | P1 | U | | | | | |
| 2.  MF Est L.P. | A | Int./Div. | N | U | | | | | |
| 3.  Monroe Avenue Associates LLC | E | Dividend | J | U | | | | | |
| 4.  Ashland Greenup LLC | A | Dividend | J | U | | | | | |
| 5.  AFMB Russell LLC | D | Dividend | J | U | | | | | |
| 6.  KIM-FUR Retail Holdings LLC | D | Dividend | P1 | U | | | | | |
| 7.  Southgate Associates L.P. | A | Dividend | J | U | | | | | |
| 8.  PECO Rho LLC | G | Dividend | O | U | | | | | |
| 9.  MJS Ponce II LP | A | Dividend | J | U | | | | | |
| 10. MJS Ponce III LP | A | Dividend | J | U | | | | | |
| 11. MFB Ashland Parcel 5 LLC | B | Dividend | J | U | | | | | |
| 12. Stanhope LLC | E | Dividend | M | U | | | | | |
| 13. Rho Capital Partners 1999 L.P. | F | Dividend | N | U | | | | | |
| 14. iShares MSCI Emerging Markets Fund | B | Dividend | L | T | | | | | |
| 15. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 16. Vanguard Total Bond Market Index Fund | B | Dividend | K | T | | | | | |
| 17. Vanguard Money Market Fund | D | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard 500 Index Fund (IRA #1) | A | Dividend | K | T | | | | | |
| 19. Vanguard 500 Index Fund (IRA #2) | A | Dividend | K | T | | | | | |
| 20. Vanguard Extended Market Index Fund (Retirement) | A | Dividend | M | T | | | | | |
| 21. Vanguard Intermediate-Term Bond Index Fund (Retirement) | A | Dividend | M | T | | | | | |
| 22. Vanguard 500 Index Fund (Retirement) | B | Dividend | M | T | | | | | |
| 23. Vanguard Long-Term Bond Index Fund (Retirement) | A | Dividend | M | T | | | | | |
| 24. Rental Property, Providence, RI (2011 $305,000) | E | Rent | N | R | | | | | |
| 25. Citibank Accounts | A | Interest | O | T | | | | | |
| 26. Akiva Armon, personal loan - note receivable | | None | L | T | | | | | |
| 27. Christina Ponsa, personal loan - note receivable | | None | J | T | | | | | |
| 28. Jay Furman Family LLC | D | Dividend | L | U | | | | | |
| 29. Jay Furman Investors LLC | D | Dividend | K | U | | | | | |
| 30. Morgan Stanley Private Bank NA Money Market Fund | A | Int./Div. | J | T | | | | | |
| 31. J.P. Morgan Chase Bank Account | A | Interest | K | T | | | | | |
| 32. Mass Mutual Financial Group Guaranteed Cash Account (Retirement) | A | Interest | J | T | | | | | |
| 33. BlackRock Bond Index Fund (Retirement) | A | Dividend | J | T | | | | | |
| 34. Mass Mutual S&P 500 Index Fund (Retirement) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mass Mutual Mid Cap Index Fund (Retirement) | A | Dividend | J | T | | | | | |
| 36. Mass Mutual Rsl 2000 Small Cap Index Fund (Retirement) | A | Dividend | J | T | | | | | |
| 37. Mass Mutual MSCI EAFE International Index Fund (Retirement) | A | Dividend | J | T | | | | | |
| 38. TD Ameritrade (opened 8/25/15) | | | | | | | | | |
| 39. - TD Ameritrade Insured Deposit Account | A | Interest | K | T | | | | | |
| 40. - Vanguarge World Ex U.S. Small Cap ETF | G | Dividend | O | T | Buy | 02/16/16 | O | | |
| 41. - Vanguard Int'l Equity Index | G | Dividend | O | T | Buy | 02/01/16 | N | | |
| 42. Vanguard European Stock Market Index Fund | F | Dividend | P1 | T | | | | | |
| 43. Jesse Furman 2012 GST Trust (Y) | | | | | | | | | |
| 44. - Jay Furman Family LLC (Y) | | | | | | | | | |
| 45. Jason Furman 2012 GST Trust (Y) | | | | | | | | | |
| 46. - Jay Furman Family LLC (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: The assets listed on Lines 3-11 were held in a Trust until January 1, 2016, when they were assigned to me in my personal capacity and the Trust was terminated. My 2015 FDR included one additional asset that had been part of the Trust: JJPR LLC. The Trust disposed of its interests in JJPR LLC in 2015, before the assets were assigned to me.

Part VII: The 2016 K-1 Statements for MF Est. LLC, MF Est. L.P., Monroe Avenue Associates LLC, KIM-FUR Retail Holdings LLC, Rho Capital Partners 1999 L.P., Jay Furman Investors LLC (Part VII), and underlying entities are not yet available; accordingly, the 2015 K-1 Statements were used.

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 11/16/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jesse M. Furman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544